March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Malike McCrimmon

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE**  /teleconference *DF*

20 -CR- 6041 (__)(__)

Defendant ___Malike McCrimmon___ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:   /teleconferencing *DF*

✓  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

___  Preliminary Hearing on Felony Complaint

✓  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

for Malike McCrimmon

**Defendant's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Malike McCrimmon

**Print Defendant's Name**

Christopher Flood

**Print Defense Counsel's Name**

**Defense Counsel's Signature**

/teleconferencing *DF*
This proceeding was conducted by reliable videoconferencing technology.

6/12/2020

**Date**

U.S. District Judge/U.S. Magistrate Judge
Hon. Debra Freeman, U.S.M.J.